## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number: **16 CV 8940**
**BEN BAKER**
**v.**
**CITY OF CHICAGO, et al.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**CITY OF CHICAGO**

| |
|---|
| NAME (Type or print)<br>**Daniel M. Noland** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ **Daniel M. Noland** |
| FIRM<br>**Dykema Gossett PLLC** |
| STREET ADDRESS<br>**10 S. Wacker Drive, Suite 2300** |
| CITY/STATE/ZIP<br>**Chicago, IL 60606** |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) — 6231175 | TELEPHONE NUMBER — (312) 876-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I hereby certify that on **October 13, 2016**, I caused the foregoing to be filed and served on all parties by the Court's CM/ECF electronic filing system.

s/ Daniel M. Noland