# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

| | |
|---|---|
| BEN BAKER, et al., | |
| Plaintiff, | |
| | Case Number: 16-cv-08940 |
| v. | |
| | Honorable Andrea R. Wood |
| CITY OF CHICAGO, et al., | Magistrate Sheila Finnegan |
| Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

### RONALD WATTS

| | |
|---|---|
| NAME (Type or print)<br>Brian P. Gainer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ *Brian P. Gainer* | |
| FIRM | Johnson & Bell, Ltd. |
| STREET ADDRESS | 33 West Monroe Street, Suite 2700 |
| CITY/STATE/ZIP | Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6286200 | TELEPHONE NUMBER<br>(312) 372-0770 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒      NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐      NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒      NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒      NO ☐ |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL ☐ | APPOINTED COUNSEL ☐ |