

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Terrence M. Burns

Firm   Reiter Burns LLP

Street Address   311 S. Wacker Drive, Suite 5200

City/State/Zip Code   Chicago, IL 60606

Phone Number   312-982-0090

Email address   tburns@reiterburns.com

ARDC (Illinois State Bar members, only)   3122331

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 16 CV 8940 | Ben Baker, et al. v. City, et al. | Andrea Wood |
| 16 CV 8347 | Jerome Cameron v. City, et al. | Edmond Chang |
| 17 CV 7241 | William Carter v. City, et al. | Robert W. Gettleman |
| 13 CV 5626 | Cazares, et al. v. City, et al. | Virginia Kendall |
| 14 CV 2945 | Carl Chatman v. City, et al. | John Z. Lee |
| 17 CV 0195 | Clyde Earl v. City, et al. | Gary Feinerman |

s/ Terrence M. Burns
_____
Signature of Attorney

01/03/2018
_____
Date

Rev. 01272016

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 10 CV 1168 | Nathson Fields v. City, et al. | Matthew F. Kennelly |
| 17 CV 6357 | Norman McIntosh v. City, et al. | Harry D. Leinenweber |
| 14 CV 3658 | Deon Patrick v. City, et al. | Ronald Guzman |
| 14 CV 9372 | Paul Phillips, et al. v. City, et al. | Rebecca Pallmeyer |
| 17 CV 5156 | Bruce Powell v. City, et al. | John Robert Blakey |
| 17 CV 2378 | Michele Robey, et al. v. City, et al. | Amy J. St. Eve |
| 16 CV 8349 | Carlton Silas v. City, et al. | Sara L. Ellis |
| 14 CV 9042 | Aretha Simmons, et al. v. City, et al. | Matthew F. Kennelly |
| 16 CV 3404 | Alonzo Smith v. City, et al. | Amy J. St. Eve |
| 16 CV 11298 | Randy Eugene Stokes v. City, et al. | Virginia M. Kendall |
| 14 CV 0737 | Daniel Taylor v. City, et al. | John Z. Lee |
| 17 CV 3642 | Lavelle Taylor v. City, et al. | Andrea Wood |
| 16 CV 7024 | Jermaine Walker v. City, et al. | John W. Darrah |
| 17 CV 2877 | Lionel White v. City, et al. | Sharon J. Coleman |
| 14 CV 5934 | Stanley Wrice v. City, et al. | Elaine E. Bucklo |