UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Ben Baker, et al.
                      Plaintiff,

v.                                               Case No.: 1:16–cv–08940
                                                       Honorable Andrea R. Wood

City of Chicago, et al.
                      Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Sheila M. Finnegan for the purpose of holding proceedings related to: discovery supervision including all discovery motions. Magistrate Judge Finnegan has full authority to set/reset discovery deadlines as she deems appropriate. (ef, )Mailed notice.


Dated: August 1, 2018

                                                                        /s/ Andrea R. Wood
                                                                United States District Judge