UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Ben Baker, et al.

                    Plaintiff,

v.                                             Case No.: 1:16−cv−08940
                                                  Honorable Andrea R. Wood

City of Chicago, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 6, 2018:

      MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge status hearing held on 12/6/2018 and continued to 2/6/2019 at 10:45.m. By agreement, fact discovery to close on 6/9/2020. During today's hearing, the Court heard from the parties on numerous agreed and contested discovery issues, and ruled on the contested issues. The parties are to submit a proposed Case Management Order consistent with the parties' agreements in the Joint Status Report [189] and the Court 9;s rulings today. The parties are to file by 12/20/2018, a proposed protective order for all current and future cases that are part of the coordinated proceedings, and a FRE 502 order. By 2/4/2019, the parties are to file a joint status report (JSR) regarding any new cases, discovery, and issues they intend to raise at the next status hearing. If the parties are in agreement to reset the 2/6/2019 status to a later date, they may propose a new date in the JSR. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.