UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN BAKER and CARISSA GLENN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) NO. 16 CV 8940 |
| v. | ) |
| | ) HON. JUDGE WOOD |
| CITY OF CHICAGO, et al. | ) |
| | ) |
| Defendants. | ) |

**Motion for Leave to Withdraw as Attorney for Defendant
Kallatt Mohammed**

Attorney David L. Farr respectfully moves to withdraw his appearance as counsel in this matter. In support, the undersigned states:

1. The undersigned has filed an appearance on behalf of Defendant Kallatt Mohammed.

2. The undersigned will no longer be working for Ravitz & Palles, P.C. as of October 21, 2019.

3. Additional attorneys currently represent Defendant Kallatt Mohammed and will continue to diligently and ably represent the Defendant going forward in this matter. My motion to withdraw will not prejudice the representation of the Defendant or cause any undue delay in this proceeding.

4. For the reasons discussed above, I respectfully request the Court grant my motion to withdraw as attorney and terminate my appearance for the Defendant.

Respectfully submitted,
*/s/ David L. Farr*
David L. Farr
Ravitz & Palles, P.C.
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
(312) 558-1689

**Certificate of Service**

I, the undersigned attorney, certify that I filed the foregoing motion using the Court's electronic filing system. As a result, copies of the filed document were served upon all counsel. I further certify that a courtesy copy of the filed document may have been provided to the Court depending upon the Court's standing order.

*/s/ David L. Farr*