IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BEN BAKER and CLARISSA GLENN, | ) ) ) | |
| Plaintiffs | ) ) | No. 16 CV 8940 |
| v. | ) ) ) | Judge Andrea R. Wood |
| CITY OF CHICAGO, *et al.* | ) ) ) | Magistrate Judge Sheila M. Finnegan |
| Defendants. | ) | |

**STATUS REPORT**

The parties jointly submit the following status report:

1. This case is part of the *Watts Coordinated Pretrial Proceedings*, 19 CV 1717, which is assigned to Judge Wood and Magistrate Judge Finnegan. There are approximately 75 cases currently a part of those coordinated proceedings. The parties are filing a joint status report on today's date in that matter.

**Progress of Discovery**

2. Since the parties last filed a status report in this case, the parties have continued to engage in written discovery and have continued to engage in the Rule 37.2 meet and confer process on various issues.

3. The parties have conducted approximately 52 depositions, including two remote videoconference depositions since the stay-at-home order has been put in place. By agreement, the Plaintiffs also plan to depose a Defendant via videoconference on May 18 and May 21, 2020. The parties have and will continue to confer regarding other depositions that may be appropriate to conduct via video.

**Pending Motions**

4. There are no currently pending motions in this particular case.

5. As set forth below, there are three pending motions in the Coordinated Proceedings or individual cases that are a part of the Coordinated Proceedings. Pursuant to paragraph 5(f) of the Third Amended General Order 20-0012, the parties submit that two of the motions may be resolved without a hearing. Judge Finnegan has indicated that she will decide whether the final motion requires a hearing at a later date.

6. There is a pending motion to dismiss in front of Judge Wood in the matter of *Baker & Glenn v. City of Chicago*, No. 16 CV 8940, which was the first filed case that became part of the Coordinated Proceedings. By Court order in the Coordinated Proceedings, the deadline for Defendants to respond to the complaints in any cases filed under these Coordinated Proceedings has been extended until 45 days after the *Baker* motion to dismiss is resolved. (Coordinated Dkt. 12 ¶1). Accordingly, no additional responsive pleadings have been filed in this or most other coordinated cases.

7. Plaintiffs' September 9, 2019 motion to compel the production of grand jury and Title III materials from the criminal proceedings brought against Ronald Watts and Kallat Mohammed is fully briefed and remains pending in the Watts Coordinated Proceedings. (Coordinated Dkt. 46). The portion of the motion pertaining to grand jury materials is pending in front of Chief Judge Pallmeyer. The matters pertaining to Title III materials is pending in front of Judge Wood.

8. Plaintiffs filed a Motion for a Protective Order in the Coordinated Proceedings seeking to prohibit the Defendants from asking about uncharged alleged criminal activity at Plaintiffs' depositions. The Defendants' response was filed on May 8, 2020. Plaintiffs' reply was filed on May 15, 2020. (Coordinated Dkt. 136). The matter is in front of Judge Finnegan.

**Settlement Efforts**

9. There are no current settlement discussions in this case or any of the other coordinated cases.

**Proposed Schedule**

10. The parties do not believe any specific schedule need be set for the next 45 days. The parties will continue to conduct written discovery and depositions that are appropriate to conduct via video. The parties are waiting to conduct certain depositions that may concern the federal criminal investigation until rulings on Plaintiff's motion for grand jury and Title III materials filed in the Coordinated Proceedings.

11. Fact discovery was scheduled to conclude on June 9, 2020 in certain coordinated cases, including this one, before the automatic extensions set by the Court's General Orders regarding COVID-19. The parties understand that the COVID-19 General Orders have extended that deadline to August 25, 2020. The Court has not yet set an expert discovery or dispositive motion deadline. In its status report filed today in the *Watts Coordinated Pretrial Proceedings*, 19 CV 1717, the parties are jointly requesting that the Court vacate the current fact discovery deadline. The parties are requesting that Judge Finnegan set a status hearing for a date 60-90 days in the future to discuss a new fact discovery closure date. The parties are making this request in light of the pandemic, the need to resolve pending motions, and the additional written and oral discovery that needs to be conducted in the cases. The parties are not requesting that this Court set expert discovery or dispositive motion deadlines at this time. The parties do not believe a hearing is necessary on this request, or any other issue, unless requested by the court.

Respectfully submitted,

/s/ Josh Tepfer
One of the Attorneys for the Plaintiff
Arthur Loevy
Jon Loevy
Scott Rauscher
Josh Tepfer
Theresa Kleinhaus
Loevy & Loevy
311 N. Aberdeen St., Third Floor
Chicago, IL 60607

/s/ William E. Bazarek
One of the Attorneys for Defendants Brian Bolton, Miguel Cabrales, Robert Gonzalez, Alvin Jones, Manuel Leano, Douglas Nichols, Elsworth Smith, David Soltis, and Kenneth Young

Andrew M. Hale
William E. Bazarek
Anthony E. Zecchin
Brian J. Stefanich
Allyson West
HALE & MONICO LLC
53 W. Jackson Blvd., Suite 330
Chicago, IL 60604
(312) 341-9646

/s/ Ahmed Kosoko
One of the Attorneys for Defendant Ronald Watts
Brian P. Gainer
Monica Gutowski
Ahmed Kosoko
JOHNSON & BELL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770

/s/ Eric S. Palles
One of the Attorneys for Defendant Kallatt Mohammed

Gary Ravitz
Eric S. Palles
Sean M. Sullivan
Daley Mohan Groble P.C.
55 West Monroe, Suite 1600

Chicago, IL 60603
(312) 422-9999

/s/ Daniel M. Noland
One of the Attorneys for Defendants City of Chicago, Philip Cline, Debra Kirby, and Karen Rowan

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Elizabeth A. Ekl
Katherine C. Morrison
Reiter Burns LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
(312) 982-0090

/s/ James V. Daffada
One of the Attorneys for Defendants Michael Spaargaren and Matthew Cadman

James V. Daffada
Thomas M. Leinenweber
Kevin E. Zibolski
Michael J. Schalka
Leinenweber Baroni & Daffada LLC
120 North LaSalle Street
Suite 2000
Chicago, Illinois 60602
(312) 663-3003